BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA D. MERRIWEATHER and, <br> ANTHONY J. MERRIWEATHER, her Spouse <br> Plaintiffs <br> <br> v. <br> <br> ST. LOUIS GAMING VENTURES, LLC., <br> a Delaware Corporation d/b/a <br> HOLLYWOOD CASIO ST. LOUIS <br> a duly existing and Registered Fictitious Name <br> Defendant | ) Cause No. <br> ) <br> ) Jury Demanded <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **COMPLAINT FOR DAMAGES**

### COUNT ONE

COMES NOW Plaintiff Gloria D. Merriweather and for Count One of Plaintiffs cause of action against Defendant, states as follows:

1. That at all times complained of herein, Plaintiffs are Married and reside in the County of St. Louis, State of Missouri; that Defendant St. Louis Gaming Venture, LLC is a Delaware Corporation doing business in Missouri through a duly existing and Registered Fictitious Name, the Hollywood Casio St. Louis; that jurisdiction is vested in this Honorable Court pursuant to 29 USC 1332 (1,1); that the amount in controversy exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs; that this cause of action arose and occurred in the County of St. Louis, State of Missouri.

2. That on or about the 22nd day of September, 2013, Plaintiff Gloria D. Merriweather was a business invitee of Defendant at its St. Louis County Facility; that there and then, Plaintiff

was injured by employees, servants, agents and/or independent contractors of Defendant, as more fully enumerated *infra* herein.

3. That Defendant, individually and through its agents, employees, servants and independent contractors, the existence identity and location of whom are designed to be divulged in legal discovery, all under Defendant's legal control were careless and negligent in each and every following particular, to wit:

    (a) Defendant "broke down" an United States $50 Bill into smaller denominations for Plaintiff G. D. Merriweather and then publicly accused Plaintiff G. D. Merriweather of attempting to "pass" a $20 Bill that Defendant just gave to Plaintiff, which would be a Federal Felony Offense.

    (b) Defendant had, or should have had a private office for the investigation of similar activities but negligently did not to use that approach, which constitute latent defects to business invitees generally and to Plaintiff specifically, further particulars of which are designed to be enumerated by legal discovery herein;

    (c) Defendant had, or should have had a system in order to identify questionable currency but negligently did not use that equipment, which constitute latent defects to business invitees generally and to Plaintiff specifically, further particulars of which are designed to be enumerated by legal discovery.

    (d) Defendant maintained said Realty with no signs, warnings nor instructions about said latent defects of which Defendant knew or should have known;

4. That as a direct and proximate result of the above acts and omissions of Defendant though their employees, servants, agents and independent contractors all under their control, Plaintiff Gloria D. Merriweather has been injured and damaged in the following particulars and aspects:

   a) From the above emotional trauma, this Plaintiff developed major depressive disorders and acute posttraumatic stress disorders;

   b) this Plaintiffs has been forced to expend and incur the approximate amount of reasonable and fair amounts of money to date for the reasonable and necessary medical, psychological, allied care and attention to date for this Plaintiff; this Plaintiff will be forced to expend and incur further amounts for similar services for a presently indeterminate time in the future;

   c) this Plaintiff has lost time, wages and benefits from her ability to be employed; this Plaintiff will be forced to expend and incur further amounts for similar losses for a presently indeterminate time in the future;

   e) this Plaintiff has been disabled and impaired from each and every social and family activity to date; this Plaintiff will be forced to incur further losses for a presently indeterminate time in the future;

   f) this Plaintiff has endured pain and suffering from each and every item above to date; this Plaintiff will be forced to incur further losses for a presently indeterminate time in the future.

5. That as a direct and proximate result, Plaintiff Gloria D. Merriweather prays judgment against Defendant in reasonable and fair amounts which are over seventy-five thousand dollars (75,000.00).

WHEREFORE, Plaintiff Gloria D. Merriweather prays judgment on Count One against Defendant in reasonable and fair amounts over $75,000, for her Court costs, suit monies and for whatever further relief as this Honorable Court deems fit and proper.

## COUNT TWO

COMES NOW Plaintiff Anthony J. Merriweather, and for Count Two of this cause of action against Defendant, states as follows:

1. Plaintiff Anthony J. Merriweather realleges and incorporates by reference each and every paragraph and subparagraph of Counts One as if fully set out herein.

2. That as a direct and proximate result of the negligence of Defendant as enumerated in Count One paragraph Three *supra*, Plaintiff Anthony J. Merriweather have been damaged in each and all of the following particulars and aspects as enumerated in Count One paragraph Four *supra* and has lost all the services and consortium of his Spouse Plaintiff Gloria D. Merriweather and will be forced to further incur similar disabilities and impairment for a presently indeterminate time in the future.

3. That as a direct and proximate result of all the above, Plaintiff Anthony J. Merriweather has been injured and damaged by Defendant on Count Two hereof in damages as and are fair and reasonable and which are over seventy five thousand dollars ($75,000), exclusive of interest and costs.

WHEREFORE, Plaintiff Anthony J. Merriweather prays judgment against Defendant for damages as are fair and reasonable on Count Two herein which are over seventy five thousand dollars ($75,000), for his costs herein expended and incurred as well as for whatever further relief as this Honorable Court deems meet and proper herein.

**LAW OFFICES OF DAVID R. SWIMMER**

_____
by David Swimmer, 22827
231 S. Bemiston, Suite 800
St. Louis/Clayton, MO  63105-1925
ph: 314/854-1345
fx: 314/854-9118
e-mail: dswimmer@juno.com
Attorney for Plaintiff herein